### BILL MARSHALL v. STATE.

No. A-4900. Opinion Filed April 14, 1925.
(234 Pas. 1118.)

Appeal from County Court, Hughes County; Owen H. Rives, Judge.

Bill Marshall was convicted of the illegal sale of whisky, and appealed. Appeal dismissed.

W. B. Toney, for plaintiff in error.

The Attorney General and G. F. Fulton, Asst. Atty. Gen., for the State.

PER CURIAM. Bill Marshall, plaintiff in error, was convicted of the offense of unlawfully selling whisky, on July 10, 1922, to one V. G. Lewis, with his punishment fixed at a fine of $100 and costs, taxed at $38.60, and confinement in the county jail for a period of 30 days. Upon the showing made by the attorney for the plaintiff in error and the Attorney General, it appears that the plaintiff in error is now deceased. It is therefore ordered that the proceedings here be abated, and the appeal dismissed.